O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4065 AHM (MANx) | Date | November 12, 2009 |
|---|---|---|---|
| Title | YOUNG BOK LEE v. PMC BANCORP, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court notifies the parties that the Court has been informed that Timothy Thurman has withdrawn from the State Bar.

Defendants are ORDERED to serve this notice on Plaintiff at his last known address.

_____ : _____
Initials of Preparer     se